# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :    No. 1:26-CR- 39

       : 

       v.        :    (Judge MANNION   )

       : 

JIMEL JOHNSON,        : 

      Defendant.        : 

**FILED**
HARRISBURG, PA

MAR 0 4 2026

PER _____ Iᵴ⸜
DEPUTY CLERK

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1
### 18 U.S.C. § 2423(a)

(Transportation of a Minor with Intent to Engage in Sexual Activity)

On or about March 1, 2025, in York County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendant,

## JIMEL JOHNSON,

knowingly transported an individual who had not attained the age of 18 years, MINOR VICTIM 1, in interstate commerce, with intent that MINOR VICTIM 1 engage in a sexual activity for which a person can be charged with a criminal offense, to wit, statutory sexual assault, in violation of 18 PA. CONS. STAT. § 3122.1, aggravated indecent assault, in violation of 18 PA. CONS. STAT. § 3125, indecent assault, in violation of

18 PA. CONS. STAT. § 3126, and corruption of minors, in violation of 18 PA. CONS. STAT. § 6301.

All in violation of Title 18 United States Code, Section 2423(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNTS 2–5</u>
18 U.S.C. §§ 2522A(a)(2), (b)(1)
(Receipt of Child Pornography)

Between on or about February 23, 2025 and February 24, 2025, in York County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**JIMEL JOHNSON,**

knowingly received child pornography, as that term is defined by Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, including by computer and cell phone, to wit:

| Count 2 | Video of Minor Victim 1 exposing her vagina and anus to the camera |
|---|---|
| Count 3 | Video of Minor Victim 1 inserting fingers into her vagina |

2

| Count 4 | Video of Minor Victim 1 exposing her vagina to the camera |
|---------|-----------------------------------------------------------|
| Count 5 | Video of Minor Victim 1 inserting an object into her vagina |

All in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

## FORFEITURE ALLEGATION

1.    The allegations contained in Counts 1–5 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 18, United States Code, Section 2253, and Title 18, United States Code, Section 2428(a), Title 28, United States Code, Section 2461.

2.    Pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 18, United States Code, Section 2253, and Title 18, United States Code, Section 2428(a), Title 28, United States Code, Section 2461, upon conviction of an offense in violation of Title 18, United

States Code, Section 2423(a) and Title 18, United States Code, Section 2252A, the defendant,

**JIMEL JOHNSON,**

shall forfeit to the United States of America:

  a. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

  b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and,

  c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

3.    If any of the property described above, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

4

d. has been substantially diminished in value; or,

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 18, United States Code, Section 2253(b).

A TRUE BILL

BRIAN D. MILLER
UNITED STATES ATTORNEY

███████████████

FOREPERSON

K. WESLEY MISHOE
Assistant United States Attorney

3-4-26
Date