UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :     CRIMINAL NO. 1:26-CR-00039

             v.              :

             :      (Judge Mannion)

JIMEL JOHNSON,              :

             :

             :      (Magistrate Judge Schwab)

         Defendant      :

## PLEA

AND NOW, this __6ᵗʰ__ day of __March 2026__, the within named defendant, hereby enters a plea of ___Not Guilty___ to the within Indictment.

_(signature)_
(Defendant's Signature)

_(signature)_
(Defense Counsel)