FILED
HARRISBURG, PA

MAR 09 2026

PER _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:26-CR-00039 |
| | : | |
| v. | : | (Judge Mannion) |
| | : | |
| JIMEL JOHNSON, | : | |
| Defendant. | : | (Under Seal) |

### MOTION TO UNSEAL

COMES NOW, the United States of America, by and through its attorneys, Brian D. Miller, United States Attorney for the Middle District of Pennsylvania, and K. Wesley Mishoe, Assistant United States Attorney, who respectfully requests that the above-captioned case be unsealed and made open to public view, there no longer being any reason for said case to remain under seal.

Respectfully submitted,

BRIAN D. MILLER
United States Attorney

By:  /s/ K. Wesley Mishoe
K. Wesley Mishoe
Assistant U.S. Attorney

### ORDER

It is so ORDERED, this __9th__ day of March 2026.

___s/ Malachy E. Mannion___
[X] U.S. DISTRICT COURT JUDGE
[ ] U.S. MAGISTRATE COURT JUDGE