## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :

v.           :        1:26-CR-39

JIMEL JOHNSON,        :      (JUDGE MANNION)

Defendant  :

## O R D E R

Presently before the court is the Defendant's "Motion for Review of Detention Order" (Doc. 20). The court having reviewed the determination of Judge Schwab that the defendant is both a risk of flight and a danger to the community, the indictment and pretrial services report, the Defendant's prior criminal history indicating the present alleged offenses were committed while the defendant was on state parole and that his prior offenses involved drugs, guns and/or violent behavior, the motion (Doc. 20) is **DENIED**. Judge Schwab's determination the detention is appropriate is affirmed.

s/Malachy E. Mannion
**Malachy E. Mannion**
**United States District Judge**

**Dated: April 21, 2026**
26-39-02