AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Middle District of Pennsylvania ▾

| | |
|---|---|
| United States of America<br>v.<br><br>JIMEL JOHNSON<br>*Defendant* | ) <br> ) <br> ) Case No.  1:26-cr-039<br> ) <br> ) <br> ) <br> ) |

**FILED**
HARRISBURG, PA

APR 23 2026

PER _____ DEPUTY CLERK

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Jimel Johnson                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
 Transport Minor with Intent for Criminal Sexual Activity

REC'D USMS M/PA HBG
'26 MAR 6 7:26

Date:      03/04/2026                                                    s/Rashelle Weida
                                                                       *Issuing officer's signature*

City and state:   Harrisburg, Pennsylvania                Rashelle Weida, Deputy Clerk
                                                                       *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)*  03/06/2026 , and the person was arrested on *(date)*  03/06/2026<br>at *(city and state)*  York, PA . |
| Date:  03/06/2026                        _____<br>                                                 *Arresting officer's signature*<br><br>                                                 Sean McGraw, Special Agent<br>                                                 *Printed name and title* |