## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :    NO. 1:26-CR-00039

     v.                      :

JIMEL JOHNSON               :    (Judge Mannion)

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
18 U.S.C. § 2423(b)
(Interstate Travel with Intent to Engage in Illicit Sexual Conduct)

On or about March 1, 2025, in York County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendant,

### JIMEL JOHNSON,

did travel in interstate commerce for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(g), with a person who had not attained the age of 18 years.

All in violation of Title 18, United States Code, Section 2423(b).

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Superseding Information is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2428.

Pursuant to Title 18, United States Code, Section 2428, upon conviction of an offense in violation of Title 18, United States Code, Section 2423(a) the defendant,

### JIMEL JOHNSON,

shall forfeit to the United States of America any property, real or personal, used or intended to be used to commit or facilitate the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

a.    Black Acer Laptop, S/N: NXHBRAA003138008987611; and,

b.    Blue Motorola phone with a black case.

If any of the property described above, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

2

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or,

e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 18, United States Code, Section 2428.

BRIAN D. MILLER
United States Attorney

_____    _7-9-26_____
K. WESLEY MISHOE                    Date
Assistant United States Attorney

3