**FILED**
HARRISBURG, PA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JUL 15 2026

PER_____
DEPUTY CLERK

UNITED STATES OF AMERICA        :

v.                              :   CRIMINAL NO. 1:26-CR-39

JIMEL JOHNSON,                  :   (JUDGE MANNION)

Defendant        :

## WAIVER OF INDICTMENT

The above-named Defendant, **JIMEL JOHNSON**, being advised of

the nature of the charges and of his rights, hereby waives, in open Court,

prosecution by Indictment and consents to proceeding by Information.

_____
JIMEL JOHNSON

_____
Defendant Counsel

Dated: 7-15-26