FILED
HARRISBURG, PA

JUL 15 2026

PER _____
DEPUTY CLERK

### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :

v.                                              :  CRIMINAL NO. 1:26-CR-39

JIMEL JOHNSON,                        :  (JUDGE MANNION)

Defendant       :

## PLEA

Now, this _15th_ day of _July_____, 2026, the above named

Defendant, **JIMEL JOHNSON**, having been arraigned in open Court, hereby

pleads _Guilty_____ to the within Superseding

Information.

_____
**JIMEL JOHNSON**